AO 245A (Rev. 12/03) Judgment of Acquittal



# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

ROBERT MOORE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:18CR00198-01 BRW

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

BILLY ROY WILSON     U.S. District Judge
Name of Judge     Title of Judge

2-7-20
Date